1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  LINDSAY A. AGER
   Assistant United States Attorney
4  Nevada Bar No. 11985
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Lindsay.Ager@usdoj.gov

7  *Attorneys for the United States*

8

9
                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**

10  Bernstein & Poisson, a Nevada Corporation,     Case No. 2:24-cv-01177-APG-EJY

11                        Plaintiff,
                 v.
12
    Cynthia Standmore, an individual; JSF          **Stipulation to Substitute Parties**
13  Incorporated DBA Chiropractic Physicians of
    Las Vegas; Cameron Medical, Inc.; Coppel
14  Medical Enterprise LLC DBA Nevada
    Comprehensive Pain Centers; United States
15  Department of the Treasury; State of Nevada,
    Department of Health Human Services;
16  Golden Pear Funding II, LLC, a New York
    Limited Liability Company; Preferred Capital
17  Funding – Nevada, LLC; DOES 1 through
    100; ROE Corporations 10l through 200,
18
                          Defendants.
19

20          This is an interpleader case arising out of a motor-vehicle accident that the United

21  States removed from Nevada state court. Plaintiff named the United States Department of

22  the Treasury as a defendant, but counsel for the United States has identified the appropriate

23  federal agency to whom the funds at issue are owed as the United States Department of

24  Health and Human Services and its delegate agency, the Centers for Medicare and

25  Medicaid Services. Accordingly, the parties stipulate to substitute the United States

26  Department of Health and Human Services and its delegate agency, the Centers for

27  Medicare and Medicaid Services, as the defendant in place of the United States Department

28  of the Treasury. The parties further request that the case caption and docket sheet be

amended to reflect this substitution.

IT IS SO STIPULATED.

Dated: July 29, 2024

AMBER N. KING                          JASON M. FRIERSON
Bernstein & Poisson                    United States Attorney


_/s/ Amber N. King_                    _/s/Lindsay Ager_
Attorney for Plaintiff                 LINDSAY AGER
                                       Assistant United States Attorney



IT IS SO ORDERED.



United States Magistrate Judge

Dated: July 29, 2024

2