Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14070
**HIGH STAKES INJURY LAW**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 256-4566
Facsimile: (702) 256-6280
Email: amber@vegashurt.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BERNSTEIN & POISSON, a Nevada corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>Cynthia Standmore, an individual;<br>J S F Incorporated DBA Chiropractic Physicians of Las Vegas;<br>Cameron Medical, Inc.;<br>Coppel Medical Enterprise LLC DBA Nevada Comprehensive Pain Centers;<br>United States Department of Health and Human Services and its delegate agency, Centers for Medicare and Medicaid Service;<br>State of Nevada, Department of Health and Human Services;<br>Golden Pear Funding II, LLC, a New York limited liability company;<br>Preferred Capital Funding – Nevada, LLC;<br><br>DOES 1 through 100; ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:24-cv-01177-APG-EJY<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

The parties agree and hereby stipulate to allow Plaintiff to Amend the Complaint on file to substitute Defendant, United States Department of the Treasury with United States Department of Health and Human Services and its delegate agency, Centers for Medicare and Medicaid Service as the correct entity name pursuant to the July 29, 2024 Stipulation to Substitute Parties. Further, to modify the Complaint to include the amounts of the liens for Preferred Capital Funding –

Nevada, LLC and Golden Pear Funding II, LLC. Leave should be freely given to allow such amendments as they do not prejudice any party and seek to clarify and otherwise confirm the complaint to the facts in this matter. A proposed Amended Complaint is attached as Exhibit 1.

Counsel further stipulates to allow the attached Amended Complaint to be filed with the Court. The parties shall have 20 days from the filing of the Amended Complaints to file their Answers.

Submitted by:

DATED: AUGUST 15, 2024

/s/ Amber N. King
Amber N. King, Esq.
Nevada Bar No.: 14070
High Stakes Injury Law
320 South Jones Blvd
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

DATED: AUGUST 15, 2024

/s/ Lindsay Ager
Jason M, Frierson, Esq.
Lindsay A. Ager, Esq.
Nevada Bar No. 11985
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
Lindsay.ager@usdoj.com
*Attorneys for Defendant United States*

DATED: AUGUST 15, 2024

/s/ James G. Christensen
James G. Christensen, Esq.
Nevada Bar No. 005252
Weiss & Christensen
2300 W. Sahara Ave., Ste. 400, Box 34
Las Vegas ,NV 89102
gina@wcinjurylawyers.com
*Attorneys for JSF Incorporated DBA Chiropractic Physicians of Las Vegas*

DATED: AUGUST 15, 2024

/s/ Christopher R. Groble
Christopher R. Grobl, Esq.
Nevada Bar No. 005339
Silver State Legal
4625 West Nevso Drive, Suites 2&3
Las Vegas, Nevada 89103
chris@silverstatelegal.com
*Attorneys for Preferred Capital Funding-Nevada, LLC*

IT IS HEREBY ORDERED that the Stipulation and Order to Amend Complaint (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file its Amended Complaint in Interpleader on the docket in this case.

IT IS FURTHER ORDERED that the Answer to the Amended Complaint in Interpleader is due September 4, 2024.

U.S. Magistrate Judge

Date:  August 15, 2024