**COMP**
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14070
**HIGH STAKES INJURY LAW**
320 S. Jones Blvd
Las Vegas, NV 89107
Telephone: (702) 256-4566
Facsimile: (702) 256-6280
Email: amber@vegashurt.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BERNSTEIN & POISSON, a Nevada corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>Cynthia Standmore, an individual;<br>J S F Incorporated DBA Chiropractic Physicians of Las Vegas;<br>Cameron Medical, Inc.;<br>Coppel Medical Enterprise LLC DBA Nevada Comprehensive Pain Centers;<br>United States Department of Health and Human Services and its delegate agency, Centers for Medicare and Medicaid Service;<br>State of Nevada, Department of Health and Human Services;<br>Golden Pear Funding II, LLC, a New York limited liability company;<br>Preferred Capital Funding – Nevada, LLC;<br><br>DOES 1 through 100; ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:24-cv-01177-APG-EJY<br><br>**AMENDED COMPLAINT IN INTERPLEADER** |

Plaintiff, Bernstein & Poisson, by and through counsel of record, RYAN KERBOW, ESQ., alleges as follows:

**PARTIES**

1. Plaintiff Bernstein & Poisson is and was at all times mentioned herein a Nevada professional corporation, licensed and doing business in the County of Clark, State of Nevada.

2. Upon information and belief, Defendant Cynthia Standmore, at all times relevant herein, was a resident of County of Clark, State of Nevada.

3. Upon information and belief, Defendant J S F Incorporated DBA Chiropractic Physicians of Las Vegas is an entity duly licensed and doing business in County of Clark, State of Nevada.

4. Upon information and belief, Defendant Cameron Medical, Inc. is an entity duly licensed and doing business in County of Clark, State of Nevada.

5. Upon information and belief, Defendant Coppel Medical Enterprise LLC DBA Nevada Comprehensive Pain Centers is an entity duly licensed and doing business in County of Clark, State of Nevada.

6. Upon information and belief, United States Department of Health and Human Services and its delegate agency, Centers for Medicare and Medicaid Service is a government entity doing business in County of Clark, State of Nevada.

7. Upon information and belief, Defendant State of Nevada, Department of Health and Human Services is a government entity doing business in County of Clark, State of Nevada.

8. Upon information and belief, Defendant Golden Pear Funding II, LLC, a New York limited liability company is an entity duly licensed and doing business in County of Clark, State of Nevada.

9. Upon information and belief, Defendant Preferred Capital Funding – Nevada, LLC is an entity duly licensed and doing business in County of Clark, State of Nevada.

**GENERAL ALLEGATIONS**

10. This is an action for interpleader concerning a sum of $6,000.00 and is within the jurisdiction of this Court.

11. Plaintiff Bernstein & Poisson, is holding proceeds from an automobile accident claim it asserted on behalf of Cynthia Standmore against Primero Insurance Company. The claim arose from an automobile accident involving Primer Insurance Company's insured, Kenny W. Hall, that occurred on June 8, 2017.

12. Plaintiff Cynthia Standmore's claim was settled for a total of $6,000 through negotiation.

13. Plaintiff Bernstein & Poisson incurred the following costs prior to filing this

Interpleader:

| | |
|---|---|
| Medical Records | $23.25 |
| Legal Wings | $160.00 |
| Filing Fee – Clark County District Court (interpleader action) | $270.00 |
| **TOTAL** | **$453.25** |

Further, by Retainer Agreement, Cynthia Standmore agreed to pay a contingency fee from the settlement monies to Plaintiff at the rate of 33.33% in this matter, for the total sum of $2,000 in attorney's fees. Bernstein & Poisson's lien is perfected pursuant to NRS 18.015. Plaintiff therefore offers to pay to the clerk of the Court the sum of $3,546.75.

14. Upon information and belief, Defendant Medical Providers/Lien Holders have claims and/or liens against the settlement as follows:

| Medical Provider | Balance |
|---|---|
| J S F Incorporated | $1,828.00 |
| Cameron Medical, Inc. | $460.00 |
| Coppel Medical Enterprise LLC | $3,288.00 |
| United States Department of Health and Human Services and its delegate agency, Centers for Medicare and Medicaid Service | $1,060.09 |
| State of Nevada, Department of Health and Human Services | $291.65 |
| Preferred Capital Funding-Nevada, LLC ($250.00 Loan amount) | $ |
| Golden Pear Funding II, LLC ($1,000 Loan amount) | $2,535.08 |
| | $ |

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. An Order of Interpleader authorizing Plaintiff Bernstein & Poisson to pay into the registry of the Court the sum of $3,546.75, dismissing Plaintiff Bernstein & Poisson from this action, and for court costs out of the sum deposited in the Clerk of the Court;

2. Interpleading the Interpleader-Defendants for the purpose of determining their entitlement to the funds interpleaded herein;

3. Restraining all defendants and any other claimants from filing any action against Plaintiffs Bernstein and Poisson;

4. Requiring all defendants to litigate in this action to secure any rights to the funds interpleaded herein;

5. Discharging Bernstein & Poisson from and against any liability to any of the Interpleader-Defendants or any other person;

6. Granting such other and further relief as this Honorable Court may deem just and equitable.

DATED August 15, 2024.

HIGH STAKES INJURY LAW

*/s/ Amber N. King*

AMBER N. KING, ESQ.
Nevada Bar No. 14070
*Attorney for Plaintiff*