1  **SAO**
   SCOTT POISSON, ESQ.
2  Nevada Bar No.: 10188
   RYAN KERBOW, ESQ.
3  Nevada Bar No.: 11403
   ryan@vegashurt.com
4  320 South Jones
   Las Vegas, Nevada 89107
5  Telephone: (702) 256-4566
6  *Attorneys for Plaintiffs*

7             UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9

10 BERNSTEIN & POISSON, LLC,                | CASE NO.:
                                            | 2:24-CV-01177-APG-EJY
11            Plaintiff(s),
   vs.
12
   CYNTHIA STANDMORE, et al.,
13                                          | **STIPULATION AND ORDER
              Defendant(s).                 | DISBURSING INTERPLEADED
14                                          | FUNDS AND DISMISSAL**

15       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and

16 all answering defendants and their counsel of record, that the dispute concerning

17 interpleaded funds in this matter has been settled and hereby further stipulate that the

18 Court may enter the following order:

19       IT IS HEREBY FOUND that Nevada warrants an equitable distribution of the

20 $6,000.00 interpleader funds.

21       IT IS FURTHER FOUND that all known parties claiming an interest in the

22 interpleader funds have been properly served, and that defaults have been entered

23 against the non-responding defendants thereby restraining said non-responding

24 Defendants from retaining any interest in the interpleader funds.

25       IT IS FURTHER FOUND that answering Defendant JSF INCORPORATED has

26 a balance of $1,828.00. A disbursement will be made to JSF INCORPORATED

27 $540.75. Defendant JSF will accept this amount as payment in full.

28

1    IT IS FURTHER FOUND that answering Defendant United States of America, on behalf of the United States Department of Health and Human Services and its delegate agency, the Centers for Medicare and Medicaid Services has a balance of $1,060.09. A disbursement will be made to Defendant United States of America, on behalf of the United States Department of Health and Human Services and its delegate agency, the Centers for Medicare and Medicaid Services in the amount of $1,060.09. Defendant United States of America, on behalf of the United States Department of Health and Human Services and its delegate agency, the Centers for Medicare and Medicaid Services will accept this amount as payment in full.

IT IS FURTHER FOUND that Defendant Department of Health and Services has a balance of $132.41. A disbursement will be made to Defendant Department of Health and Services in the amount of $132.41. Defendant Department of Health and Human Services will accept this amount as payment in full.

IT IS FURTHER FOUND that Bernstein & Poisson has perfected its lien under NRS 18.015 in a total amount of $4,266.75, consisting of $2,000.00 in fees and $2,266.75 in costs. Bernstein & Poisson will accept $4,266.75 as payment in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to NRCP 54(b), this Stipulation and Order for Disbursement and Dismissal is a final judgment against all parties.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  IT IS FURTHER ORDERED that this matter may be dismissed with prejudice.

2

3  Dated: May 22, 2025                                      Dated: May 22, 2025

4

5  **HIGH STAKES INJURY LAW**                              **WEISS & CHRISTENSEN**

6  */s/ Daniel J. Tafoya, Jr.*                              */s/ James G. Christensen*

7  _____                           _____
   DANIEL J. TAFOYA, JR., ESQ.                              James G. Christensen, Esq.
   Nevada Bar No.: 15656                                    Nevada Bar No.: 5252s
8  320 South Jones Blvd.                                    2300 W. Sahara Ave., Ste. 400
   Las Vegas, NV 89107                                      Las Vegas, NV 89102
9  *Attorneys for Plaintiffs*                               *Attorneys for Defendant JSF Inc.*

10

11 Dated: May 22, 2025

12
   **UNITED STATES**
13
   */s/ Cybill Dotson*
14 _____
   CYBILL DOTSON, ESQ.
15 Nevada Bar No. 8428
   501 Las Vegas Blvd., South, Ste. 1100
16 Las Vegas, NV 89101
   *Attorneys for United States*
17

18

19 IT IS SO ORDERED:

20 Dated: May 27, 2025

21
                                                          _____
22                                                        ANDREW P. GORDON
                                                          CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

-3-